# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ROGER DALE SIMS,**
**ADC # 121381**                                                                 **PLAINTIFF**

v.                              No. 5:12-cv-249 DPM

**RAY HOBBS, Director, Arkansas Department**
**of Correction; and JOHN DOES, members,**
**Arkansas Board of Parole**                                                     **DEFENDANTS**

## JUDGMENT

Sims's complaint is dismissed without prejudice. This dismissal constitutes a strike; and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

19 July 2012